**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-4408**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY EMANUEL WILLIAMS,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-98-148)

―――――――――

Submitted: September 6, 2001          Decided: September 11, 2001

―――――――――

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Anthony Emanuel Williams, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Emanuel Williams appeals from the district court's order denying his motion to reconsider the court's prior order ruling on his request for return of seized property under Fed. R. Crim P. 41(e). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>United States v. Williams</u>, No. CR-98-148 (E.D. Va. Apr. 4, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>